JOHN F. BAUM (SBN 148366)
jbaum@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street 13th Floor
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

BENJAMIN J. TREGER (SBN 285283)
btreger@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendant
CHICO'S FAS, INC.

js-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELAINE P. IMMEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHICO'S FAS, INC., a Florida corporation doing business in California, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:17-cv-04730-MWF (FFMx)<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>**Santa Barbara Superior Court Case No.:** 17CV02137 |

The parties have stipulated and agreed that the above-captioned action is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Procedure 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

Clerk shall close the file.

///

///

IT IS SO ORDERED.

Dated: March 9, 2018, 2018

_____
Honorable Michael W. Fitzgerald
United States District Court Judge

2

ORDER ON STIPULATION OF DISMISSAL
CASE NO.: 2:17-CV-04730-MWF (FFMX)